IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RONALD ROBUSKY, et al.,**          ) | |
|                                       ) | |
|     **Plaintiffs,**                   ) | |
|                                       ) |     CIVIL ACTION NO. |
|     **v.**                            ) |       2:11cv864-MHT |
|                                       ) |           (WO) |
| **ALABAMA DEPARTMENT OF**             ) | |
| **FORENSIC SCIENCE,**                 ) | |
|                                       ) | |
|     **Defendant.**                    ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to strike (doc. no. 60) is denied.

(2) The motion for leave to file one day out of time (doc. no. 61) is granted.

***

The court, upon plaintiffs' request, set the date for filing their response to defendant's dispositive motions as January 20, a federal holiday in honor of Rev. Dr. Martin Luther King.  Because this court is closed on federal holidays and out of respect to the persons and groups in whose honor many of these holidays are

established, the court typically does not require parties to file documents on federal holidays except in an emergency.  Had the court realized that plaintiffs' requested filing date was a federal holiday, the court would have had plaintiffs file their response on the next appropriate day after the holiday.  The court erred in requiring plaintiffs to file their response on January 20, a federal holiday.

    DONE, this the 23rd day of January, 2014.

                                                /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**